UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAJINDER SINGH JOHAL,

    Petitioner-Defendant,

v.

UNITED STATES OF AMERICA,

    Respondent-Plaintiff.

Case No. C08-1075-RSL-BAT
(CR05-334-RSL)

**ORDER OF DISMISSAL**

The Court, having reviewed petitioner's Motion to Vacate and Correct Sentence under 28 U.S.C. § 2255 (Dkt. 1), the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby ORDER:

1) The Court adopts the Report and Recommendation;

2) Petitioner's Motion to Vacate And Correct Sentence (Dkt. 1) is DENIED and DISMISSED with prejudice;

3) The Clerk of Court is directed to send copies of this Order to the parties and to Magistrate Judge Brian A. Tsuchida.

DATED this 28th day of January, 2009.

*/s/ Robert S. Lasnik*

ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL